# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-3528

**Case Name** Beitzel, et al. v. Becerra

**Hearing Location (*city*)** San Francisco

**Your Name** Alice Bers

List the sitting dates for the two sitting months you were asked to review:

May 12-16 and 19-23, 2025
June 2-6 and 9-13, 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

May 16, 19, 20, & 21, 2025: pre-planned travel for family event.
I am available all other dates during the May and June sessions. I consulted with counsel for the government, who has no conflicts to report.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Alice Bers  **Date** 1/27/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*