# DECLARATION OF SHARON GOLDSTEIN

## DECLARATION OF SHARON GOLDSTEIN

I, Sharon Goldstein, declare as follows:

1. I am a plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently to those facts. I submit this declaration to provide a factual update.

2. I am 82 years old. I live with my husband in Poway, California. I am a Medicare beneficiary. I have been taking Stelara as prescribed by my physician to control my Crohn's disease symptoms since early 2020.

3. In early 2022, I was shocked and confused to learn that Medicare was no longer covering Stelara as it had been, and I received very large bills for injections I had received in late 2021. The bills came both from the clinic where I had received my injections until I learned that Medicare changed its coverage rules, and eventually from a collections agency. The debt collector then closed my account, apparently because of my pending appeal to Medicare about my December 2021 injection, which was unresolved. I was still very distressed and disturbed about the enormous financial liability I face, since I figured that the clinic's billing office and collection agency would pursue the debt again once my Medicare appeal becomes final.

4. My appeal with Medicare regarding my December 2021 injection is still pending. But on or around May 1, 2025, I received a new bill from the clinic. The

bill is for $15,914.04 and threatens collection actions if it is not resolved. I attach a true and correct copy of that bill to this declaration.

5. The date of service on the bill is wrong. I did not receive a Stelara injection, or any other service from the clinic, on January 1, 2024. But my husband and I are sure that this bill is for the Stelara injection I received in December 2021, which is still pending in the Medicare appeals system. Previous billing I received from the clinic showed each injection costing just under $16,000—an almost exact match for the bill.

6. I was extremely alarmed and upset to receive this new bill. I did not expect to have to deal with this debt at least until the appeal with Medicare was final. My husband who helps me deal with all financial, medical, and legal matters like this just had hip replacement surgery and was hospitalized from May 8–9 so this comes at a particularly bad time. Getting the bill has only confirmed my fears and made them worse. I continue to believe I should not be responsible for this bill since I had no way to know that the injection would not be covered.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

*Sharon Goldstein*      May _10_, 2025
SHARON GOLDSTEIN



**Cabrillo Center for Rheumatic Disease**

"Cabrillo Infusion"

April 28, 2025

**Cabrillo Center for Rheumatic Disease**
dba. Cabrillo Infusion
5030 Camino De La Siesta, Ste 106
San Diego, CA 92108

Account number: ▇▇▇▇
Patient name:        Goldstein, Sharon Y
Date (s) of service: 01/01/24

Dear patient,

Please be informed that our billing office has submitted claim(s) to your insurance company on your behalf for the infusion services.

Our records show a remaining balance due from you in the amount of **$15,914.04.**

Please call our office immediately to resolve this balance to avoid any further collection actions. If you have any questions regarding your balance, feel free to contact our billing office at (866) 284-2771 extension 703 and provide the **account #** listed above.

Sincerely,


Administration office for
**Cabrillo Center for Rheumatic Disease**
dba. Cabrillo Infusion
info@ccrdsd.com