# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** | 24-3528

**Case Name** | George Beitzel, et al. v. Robert F. Kennedy Jr., Sec. of HHS

The Clerk is requested to award costs to *(party name(s))*:

Plaintiffs-Appellants (George Beitzel, Katherine Kraig, Sharon Goldstein)

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** | s/Alice Bers          **Date** | 07/03/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED *(each column must be completed)* | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 4 | 63 | $ 0.10 | $ 25.20 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 7 | 118 | $ 0.10 | $ 82.60 |
| Reply Brief / Cross-Appeal Reply Brief | 7 | 39 | $ 0.10 | $ 27.30 |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $ |
| | | | **TOTAL:** | $ 135.10 |

***Example:** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:*
*No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);*
*TOTAL: 4 x 500 x $.10 = $200.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 10** | *Rev. 12/01/2021*