UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE BEITZEL; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>ROBERT F. KENNEDY, Jr.,<br><br>      Defendant - Appellee. | No. 24-3528<br><br>D.C. No.<br>2:23-cv-01932-WBS-DB<br><br>Eastern District of California, Sacramento<br><br>MANDATE |

The judgment of this Court, entered June 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellee in the amount of $135.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT